# EXHIBIT C

Lorraine Masciarelli
956 Spur Drive South
Bay Shore, NY 11706
Lmasciarelli08@gmail.com
(631)235-4192
September 10, 2021

To Whom It May Concern:

I am writing to respectfully apply for a religious exemption to immunizations. My letter affirms my sincere and genuine religious beliefs. I am notarizing this application and letter, thereby swearing all of the contents of this letter are 100% true. I am exercising my Civil Rights Act of 1964 as well as the New York State Human Rights Law article 15 section 291.

This application contains my very personal beliefs and it would be inappropriate and a violation of my privacy to share it with anybody who is not directly involved with approving the application. So, I am requesting that this remains confidential.

My parents were the children of Italian immigrants and were both raised in the Catholic Church. They were very devout, never missing mass and they raised my four sisters and I the same way—we attended mass every Sunday and every holy day. My older sisters attended Our Lady of Perpetual Help School in Lindenhurst (where I was baptized) and we moved before I was able to attend there as well. However, my religious education continued through high school at my church St. Francis de Chantal in Wantagh, NY. I received all of the sacraments except for extreme unction (last rites) and holy orders (ordination into the priesthood) from St. Francis de Chantal. I attended Marist College in Poughkeepsie, NY which was a Catholic college. Presently my family and I belong to St. Patrick Roman Catholic Church in Bay Shore, NY and attend weekly mass there. I am deeply grateful to my parents to have provided such a solid religious foundation and faith in Jesus Christ.

I have raised my daughters to also strictly observe the precepts of the church and be good Catholics. My two daughters received the sacraments of Holy Eucharist, Reconciliation, and Confirmation at St. Patrick Church. My husband and I sacrificed so that our daughters could be provided with a Catholic education. My daughter, Sophia attended Kellenberg Memorial Latin Middle School and Kellenberg Memorial High School, a Catholic Institution run by the Marianists, who are dedicated to carrying out the mission of the Blessed Mother Mary in bringing Christ to the world. My daughter, Angelica attended Kellenberg Memorial High School too. Kellenberg Memorial High School is a very strict school that focuses on teaching students how to interpret the word of God so that they may live their lives in God's grace. Both daughters have received religious exemptions to attend SUNY Potsdam where they are currently college students.

I developed my sincere, genuine religious beliefs and personal relationship with Jesus and my Creator based on the strong foundational beliefs, provided by my parents and my upbringing in the church. As I have more experiences and challenges in life, my relationships with God and Jesus change and grow. It is very important to align my will with God's will—this helps me live my beliefs and navigate my world day to day. To me, being a Catholic does not mean just going to mass on Sundays. It is how I live my life: *"Show me the path where I should go, O Lord, show me the right road for me to walk."* *(Psalm 25:4)*

I feel as if God speaks to me and answers my questions through the bible. It is of vital importance to me that I remain faithful and true to God. One of the most important verses in the bible is from Proverbs, *"Trust in the Lord with all thine heart; and lean not unto thine own understanding. In all thy ways acknowledge Him and He shall direct thy paths."*

I firmly believe that God is the sole arbiter of life. He is the healer. If He wants to heal, He will. If He wills you to rejoin the company of heaven, so be it. He will call you back to his side. This is supported in the bible in Corinthians 6:19: *"Do you not know that your body is a temple of the Holy Spirit, who is in you, whom you have received from God? You are not your own. That is God in you. That He is our healer."* I trust in my Lord, my God. I do not believe I should trust an immunization instead of trusting in the Lord, This is supported by the bible, which explicitly states *"So that your faith might not rest on human wisdom but on the power of God."* (I Corinthians, 2:5) Also, in Exodus 15:26 *"If you listen carefully to the Lord your God and do what is right in his eyes, if you pay attention to his commands and keep all his decrees, I will not bring on you any of the diseases I bought on the Egyptians, for I am the Lord, who heals you."* To believe otherwise, to put my faith in an injection would be to betray my faith.

Another very powerful verse tells us that we should not be seeking medical help when we are not sick. *"They that are whole have no need of the physician, but they that are sick."* Mark 2:17. This again is telling us to put our faith in the strength with which God created the human body. Jesus repeats this admonishment when he said, *"Those who are well do not need a physician, but the sick do."* (Matthew 9:12)

I have been vaccinated in the past. My parents brought me to the doctor routinely and dutifully. They never questioned the doctor, they never questioned the vaccines I received. I did the same for my daughters. I brought them to the doctor routinely and dutifully. I never questioned the doctor, I never questioned the vaccines my daughters received. I did not have knowledge of the ingredients in the vaccines. If I had known, I never would have consented to taking any vaccine or giving my daughters any vaccine. I am now 51 years old. When I turned 50, I learned about the vaccines. With this newly acquired knowledge, I now make my decisions on aligning my will with God's will, as I believe God is always directing me, as long as I listen. Therefore, I will never take another vaccination in my life.

Though there are believers and Christian leaders who believe treatment of the COVID pandemic justifies the use of aborted fetal cells, I do not. I found out that the vaccines I had already received as a child also contained aborted fetal cells named MRC-5, in addition to animal proteins such as monkey kidney cells, calf bovine serum, and dog cells. I also discovered vaccine manufacturers are utilizing tissue from aborted babies, either in producing the vaccines or as an ingredient in the vaccines. I learned that both the Moderna and Pfizer vaccines are tested post production on an aborted fetal line HEK293. These are the cells derived from a 1973 abortion where the baby's kidneys were removed and used to manufacture vaccines. The Johnson and Johnson vaccine is manufactured with a baby's retinal cells from another abortion. Another child who never got the chance to live and was defiled and dehumanized. I could not in good conscience benefit from the violent deaths of children. I certainly would not take any vaccine that contained fetal cells from the unborn, even if they are not directly contained in the vaccine, but were used in the research or production of the vaccine. **It is anathema.** It goes against everything I believe. *Thou shalt not kill* is one of the Ten Commandments, one of the very basic, foundational beliefs of the Bible.

Furthermore, we are not supposed to mix our blood with anything whatsoever, not chemicals, not animals and certainly not aborted fetal tissue. Our blood must remain pure for it is the seat of our souls and represents life which is essentially, God. *Genesis 9:4 "But you shall not eat flesh with its life, that is, its blood." Leviticus 17:11 "For the life of the flesh is in the blood, and I have given it for you on the altar to make atonement for your souls, for it is the blood that makes atonement by life."*

I believe in the holy mass and the taking of the body and blood of Jesus Christ. When I take holy communion, I am showing God that I am His child, and that I am following His commandments which I have kept. Communion symbolizes the purity of blood and Jesus Christ's sacrifice for me so that I might have eternal life in Heaven with Him one day. We must be in good standing and not in a state of sin in order to receive communion. *1 Corinthians 10:21 "you cannot drink the cup of the Lord and the cup of demons: you cannot partake of the Lord's table and of the table of demons."* I believe that to participate in the Lord's Supper I must be in union with God and His teachings. If I have not followed His commandments and kept His word by taking a vaccine which I believe is sinful, then I risk damnation, which I cannot do.

Now, I don't want to be dismissive of my previous beliefs listed above—no, they are very important personal beliefs. But, this is the very heart of my wish to not be vaccinated. The Lord warns us often in the bible of various pitfalls that are coming in the future and are to be avoided: *If any man have an ear, let him hear*. (Revelation 13:9) The most serious pitfall will be the Mark of the Beast, which will be a mark on either the hand or forehead, without which a person will not be able to buy or sell:
*And he causeth all, both small and great, rich and poor, free and bond, to receive a mark in their right hand, or in their foreheads. And that no man might buy or sell, save he that had the mark, or the name of the beast, or the number of his name*. (Revelation 13:16-17)
The bible clearly states what happens when one does take the mark:

*And the third angel followed them, saying with a loud voice, If any man worship the beast and his image, and receive his mark in his forehead or in his hand, the same shall drink of the wine of the wrath of God, which is poured out without mixture into the cup of his indignation; and he shall be tormented with fire and brimstone in the presence of the holy angels, and in the presence of the Lamb: And the smoke of their torment ascendeth up for ever and ever and they have no rest day nor night, who worship the beast and his image and whosoever receiveth the mark of his name.* (Revelation 14:9-11)

I am guided by the bible and there is no force on earth that would make me go against my God—He has said vehemently to not take the mark so I will not take it. The bible states that "all" will be forced to take it--*And he causes all, the small and the great, and the rich and the poor, and the free men and the slaves, to be given a mark on their right hand or on their forehead.* (Revelation 13:16) It is being attempted to give every man, woman and child on the planet the vaccine. This is unprecedented in the history of the world. Vaccine passports are being rolled out across the world. These are being used to limit people's travel and their ability to attend events. In New York City a person is unable to participate in many aspects of society, gyms, restaurants, theaters, unless they show proof of vaccination. Now, we are being denied the ability to work without this proof of vaccination. Therefore, we won't be able to buy or sell. I believe this is exactly what the bible is describing as the mark.

Needless to say, I take this warning very seriously and would not do anything to oppose it and certainly would not take anything into my body that I believe to be the mark of the beast. This is my personal religious belief and I feel very strongly about it and have faith that it is true and my steps are guided by God.

If I were to take the vaccine, I would not be practicing my religion as I believe it should be practiced and it would be a complete betrayal of my faith, sacred beliefs and my relationship with God.

The pilgrims came to America to escape religious persecution and it is foundational to our constitution that we have freedom of religion. It is such a core precept that the founding fathers included freedom of religion in the very first amendment of the constitution, preventing the government from making laws, which would prohibit the free exercise of religion.

Thank you for considering my request. Thank you in advance for upholding my first amendment rights to freedom of religion.

Sincerely,

*Lorraine Masciarelli*
Lorraine Masciarelli

State of NY County of SUFFOLK
Subscribed and sworn to (or affirmed) before me on this 19 day of September, 2021 by LORRAINE MASCIARELLI, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Notary Signature

JANICE D CHANG PRYCE
Notary Public - State of New York
NO. 01CH6005834
Qualified in Suffolk County
My Commission Expires May 27, 2022