**EXHIBIT E**

```
SCHEINMAN ARBITRATION AND MEDIATION SERVICES
------------------------------------------------ X
In the Matter of the Arbitration                 X
              between                            X
NEW YORK CITY DEPARTMENT OF EDUCATION   Re:UFT.1174
                                                 X
              and                                X
                                                 X
LORRAINE MASCIARELLI                             X
------------------------------------------------ X


Issue:    Religious Exemption

Date of Hearing: October 4, 2021

                    Award

APPLICATION FOR EXEMPTION: GRANTED []   DENIED [X]   OTHER [ ]
```

On the record before me, Appellant failed to establish entitlement to a religious exemption.

_____          10/4/21
Arbitrator Julie A. Torrey                  Date