# EXHIBIT F

# Austin Graff

| | |
|---|---|
| **From:** | Lorraine Masciarelli <lmasciarelli08@gmail.com> |
| **Sent:** | Wednesday, December 7, 2022 7:53 PM |
| **To:** | Austin Graff |
| **Subject:** | Fwd: Renewed Application for Religious Exemption |

Begin forwarded message:

**From:** Lorraine Masciarelli <lmasciarelli08@gmail.com>
**Subject: Renewed Application for Religious Exemption**
**Date:** November 19, 2021 at 2:33:15 PM EST
**To:** dhc@schools.nyc.gov, bdeblasio@cityhall.nyc.gov, nycchancellor@schools.nyc.gov, gpestana@law.nyc.gov, dave.chokshi@nychhc.org, asklegal@schools.nyc.gov, JNathan@schools.nyc.gov

Dear Sir or Madam,

My name is Lorraine Masciarelli. I have been a New York City Department of Education employee since September 2000. On September 22, 2021 my religious exemption application to the DOE's Vaccine Mandate was denied, and my appeal of that denial was denied on October 4, 2021. I struggle every day with the impending November 30 deadline by which I will need to choose between my faith and my job.

In the *Kane v. DeBlasio* and *Keil v. City of New York*, cases now pending before the United States Court of Appeals for the Second Circuit, the Defendants have conceded that the process and standards they had used to consider religious exemption applications and appeals were "constitutionally suspect" and proposed an alternative process with purportedly constitutional standards. Accordingly, the Court ordered the Plaintiffs to be reassessed under this alternative process.

Since my application and appeal were also considered under the same admittedly unconstitutional process, I hereby demand an immediate reexamination of my application under a fair, constitutionally sound process. I trust this renewed assessment will result in an exemption, since I know my religious beliefs to be demonstrably, wholly, and unequivocally sincere.

Kindly respond to this email as soon as possible. I have already been significantly damaged and your expedient attention to this matter will avoid further injury. Any delay will continue to compromise my faith in a manner that is unfair, unbearable, and entirely unconstitutional.

I thank you kindly in advance for your prompt attention to this request and look forward to receiving my religious exemption.

Most sincerely,

1

Lorraine Masciarelli

2