UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

LORRAINE MASCIARELLI,

                                    Plaintiff,        22-CV-07553 (CBA) (SJB)

      -against-                        **DEFENDANT'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

NEW YORK CITY DEPARTMENT OF EDUCATION,

                                    Defendant.
------------------------------------------------------------------- x

      **PLEASE TAKE NOTICE** that upon the Memorandum of Law in Support of Defendant's Motion to Dismiss the Second Amended Complaint, dated June 20, 2023, and upon all the papers and proceedings previously had herein, Defendant, the New York City Department of Education ("Defendant") will move this Court at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, before the Honorable Carol Bagley Amon, United States District Judge, at a date and time to be set by the Court, for a judgment, pursuant to Federal Civil Procedure Rule 12(b)(6), dismissing the Amended Complaint against Defendant and granting Defendant such other and further relief that this Court deems just and proper.

      **PLEASE TAKE FURTHER NOTICE that,** pursuant to the June 14, 2023 Order of Judge

Amon, opposing papers, if any, must be filed and served on or before August 1, 2023, and reply papers, if any, must be served on or before August 14, 2023.

Date:   New York, New York
        June 20, 2023

                                        **HON. SYLVIA O. HINDS-RADIX**
                                        Corporation Counsel of the City of New York
                                        Attorney for Defendant
                                        100 Church Street, Room 2-122
                                        New York, New York 10007
                                        (212) 356-3574
                                        lzaprza@law.nyc.gov

                                By:    /s/ *Lauren A. Zaprzalka*
                                          Lauren A. Zaprzalka
                                          Assistant Corporation Counsel