UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LORRAINE MASCIARELLI,

                            Plaintiff,      **INDEX NO. 22-cv-7553**

            -against-               **AFFIRMATION OF AUSTIN GRAFF IN OPPOSITION TO THE DEFENDANT'S MOTION TO DISMISS**

NEW YORK CITY DEPARTMENT OF
EDUCATION,
                            Defendant.
------------------------------------------------------------X

        **AUSTIN GRAFF**, an attorney admitted to practice law before this Court, who is not a party to this Action, affirmed to be true under penalties of perjury says:

        1.        I am associated with The Scher Law Firm, LLP, the attorneys for the Plaintiff LORRAINE MASCIARELLI ("Plaintiff") in the above-entitled Action, and am familiar with the relevant facts and circumstances surrounding the allegations that comprise this litigation based upon the records maintained by my office regarding this matter. I submit this Affirmation in opposition to the Defendant's Motion to Dismiss pursuant to FRCP Rule 12(b)(6).

        2.        The Plaintiff relies upon the following exhibits in support of their Motion:

        (a)    **Exhibit A**, a copy of the August 24, 2021 Vaccine Mandate;
        (b)    **Exhibit B**, a copy of the Declaration of Impasse;
        (c)    **Exhibit C**, a copy of the deposition transcript of Eric Eichenholtz;
        (d)    **Exhibit D**, a copy of the City's reasonable accommodation notice regarding testing;
        (e)    **Exhibit E**, a copy of the Mayor's February 6, 2023 Press Release;
        (f)    **Exhibit F**, a copy of the *Labarbera* decision; and
        (g)    **Exhibit G.** a copy of the New York Post article regarding "rubber rooms"

        3.        For the reasons argued in the accompanying Memorandum of Law, the Defendant's Motion to Dismiss should be denied,

**WHEREFORE,** the Plaintiff respectfully request that the Court deny the Defendant's Motion, as well as such other and further relief as may be just and proper.

Dated: Garden City, New York
July 14, 2023

_____
Austin Graff