

**THE CITY OF NEW YORK**

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**DONALD C. SULLIVAN**
*Assistant Corporation Counsel*
Phone: (212) 356-2433
dsulliva@law.nyc.gov

August 15, 2023

**BY ECF**
Hon. Carol B. Amon
United States District Court Judge
Easter District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: <u>Masciarelli v. New York City Department of Education</u>
           22 Cv 7553 (CBA) (SJB)

Dear Judge Amon:

      I am an Assistant Corporation Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, assigned to represent the New York City Department of Education ("Defendant") in the above matter. Pursuant to the Court's Individual Rules, I write respectfully to provide the Court with a courtesy copy of the documents filed in support of, and in opposition to, defendant's motion to dismiss, which was fully briefed and filed yesterday.

      Enclosed with this mailing is: (1) Defendant's Notice of Motion; (2) Defendant's Memorandum of Law in Support of the Motion; (3) Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss; (4) Plaintiff's Affirmation of Austin Graff in Opposition to Defendant's Motion, together with annexed exhibits A through G; and (5) Defendant's Reply Memorandum of Law.

      Defendant thanks the Court for its consideration of this matter.

      Respectfully submitted,

      ECF /s/ Donald C. Sullivan
      Assistant Corporation Counsel

cc:   Hon. Sanket J. Bulsara (via ECF) (without enclosures)
       Counsel of Record, via ECF (without enclosure)