# THE SCHER LAW FIRM, LLP

600 OLD COUNTRY ROAD, SUITE 440
GARDEN CITY, NY 11530

MARTIN H. SCHER*
JONATHAN L. SCHER**

AUSTIN R. GRAFF*

TEL: 516-746-5040

FAX: 516-746-5043

W. SCOTT KERSHAW
COUNSEL

MICHAEL SCHILLINGER
COUNSEL

ROLAND P. BRINT
COUNSEL

ADAM GANG
COUNSEL

ROBERT S. NAYBERG
(1959-2012)

* Also Admitted in District of Columbia
* Also Admitted in New Jersey

February 26, 2024

**BY ECF**
Hon. Carol Bagely Amon, U.S.D.J
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: Masciarelli v. New York City Department of Education
         E.D.N.Y. Docket No. 22-cv-07553-CBA-SJB

Dear Judge Amon:

  This law firm represents the Plaintiff in the above-referenced Action.

  On February 5, 2024, the Court issued an electronic Order directing the Plaintiff to either obtain written consent to amend the Complaint from the Defendant or file a Motion seeking leave of the Court to amend the Complaint.

  On February 23, 2024 in an email from Andrea M. Martin, Assistant Corporation Counsel, the Defendant consented to Plaintiff's Amended Complaint. A copy of the email is attached for the Court's review.

  Accordingly, the Defendants seek formal permission to file the Amended Complaint.

  Thank you for your courtesies.

                Respectfully submitted,

                THE SCHER LAW FIRM, LLP

                Austin Graff

ARG:ms
cc: Counsel of Record (by ECF)

# Austin Graff

| | |
|---|---|
| **From:** | Martin, Andrea (LAW) <andmarti@law.nyc.gov> |
| **Sent:** | Friday, February 23, 2024 5:34 PM |
| **To:** | Austin Graff |
| **Subject:** | RE: [EXTERNAL] Masciarelli v. NYCDOE, EDNY Docket No. 22-cv-7553 |

Hi Austin,

Confirming receipt. A few updates for you below.

1) We will consent to Plaintiff's amended complaint.
2) I spoke with our e-discovery counsel. Our office has an updated version of the confidentiality agreement that we believe addresses your concerns noted in the prior draft. The document is currently being reviewed internally and I will get it to you early next week for review.
3) I understand that our responses to Plaintiff's second set of demands were due today. Being that I was OOO for a majority of this month, can you please provide a one-week extension to Friday, March 1?

Thanks, and have a good weekend,
Andrea

**Andrea M. Martin**
Assistant Corporation Counsel
Labor & Employment Law Division
New York City Law Department
100 Church Street, Room 2-103
New York, NY 10007
P: (212) 356-3549

Law Department

PRIVILEGED AND CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person(s) to whom it is addressed and may contain information that is privileged confidential, or otherwise protected from disclosure. The information contained herein is not to be forwarded, discussed, or otherwise disclosed to anyone other than the persons(s) addressed in this email without the advance written permission of the sender. Any unauthorized review, use, disclosure, or distribution is expressly prohibited. If you are not the intended recipient of this e-mail, please promptly alert the sender by reply e-mail that you received it in error and destroy all copies of the original and any reply message.

**From:** Austin Graff <AGraff@scherlawfirm.com>
**Sent:** Friday, February 23, 2024 12:24 PM
**To:** Martin, Andrea (LAW) <andmarti@law.nyc.gov>
**Cc:** Austin Graff <AGraff@scherlawfirm.com>
**Subject:** [EXTERNAL] Masciarelli v. NYCDOE, EDNY Docket No. 22-cv-7553

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).

Andrea:

As discussed, attached are the Plaintiff's responses to the Second Demand for Documents, along with the documents responsive.

Please confirm receipt.

**PLEASE TAKE NOTICE OF OUR NEW ADDRESS**
Austin Graff, Esq.
The Scher Law Firm, LLP
600 Old Country Road, Suite 440
Garden City, New York 11530
T: (516) 746-5040

\* \* \* \* \* \* \* \* \*

**This e-mail and any attachments may contain confidential and privileged information for use by the designated recipient(s) named above. If you are not the intended recipient of this message from The Scher Law Firm, LLP, then you are hereby notified that any review, dissemination, distribution or copying of this message is unauthorized and may be illegal. If you have received this communication in error, please notify the sender identified above by email and/or The Scher Law Firm, LLP, by telephone, at (516) 746-5040. Please also delete this e-mail and destroy any copies of it. Thank you.**