# EXHIBIT L

↩ Reply all ∨    🗑 Delete    ⊘ Junk    Block sender    ⋯

# RE: Lorraine Masciarelli



**Armano Dominic**
Wed 10/6/2021 1:57 PM
To: Masciarelli Lorraine

Hi Lorraine,

Thank you for letting me know.  We'll be in touch.

Regards,
Dom

**From:** Masciarelli Lorraine
**Sent:** Wednesday, October 06, 2021 12:35 PM
**To:** Armano Dominic <DArmano@schools.nyc.gov>
**Cc:** Locastro Marie <MLocastro@schools.nyc.gov>
**Subject:** Lorraine Masciarelli

Hello Dominic,
I am informing you that my appeal was denied last night.
Thank you, Lorraine

Reply | Forward

Case 1:22-cv-07553-CBA-SJB   Document 39-12   Filed 02/27/24   Page 3 of 7 PageID #: 890

↶ Reply all  ∨   🗑 Delete   ⊘ Junk   Block sender   ⋯

## Re: Extension LWOP

  Armano Dominic
Mon 2/28/2022 10:12 PM
To: Masciarelli Lorraine
Cc: Locastro Marie

Hi Lorraine,

Thank you for informing and keeping me in the loop. Hope all is well with you.

Speak to you soon,

Regards,
**Dominic Armano,** *Principal*
Steinway Elementary School, P.S. 84, Q.
Phone: 718-278-1915
Email: darmano@schools.nyc.gov
Twitter: @Principal_84Q
Twitter: @DominicArmano
Instagram: @DominicArmano
www.ps84q.org
#SteinwaySWAG | #Team84

Confidentiality Notice: This e-mail communication and any attachments may contain confidential and privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by replying to this message and deleting it from your computer. Thank you.

On Feb 28, 2022, at 5:10 PM, Masciarelli Lorraine <LMasciarelli@schools.nyc.gov> wrote:

Hello Dominic,
I hope you are doing well. I was notified on 2/15/22 that my reappeal for a religious exemption was denied. Under duress, I have extended my forced Leave Without Pay for Vaccine Reasons until September 5, 2022.
Thank you,
Lorraine Masciarelli

MASCIARELLI000092

## Re: Religious Exemption Accommodation Request

Armano Dominic <DArmano@schools.nyc.gov>
Fri 8/19/2022 11:31 AM
To: Masciarelli Lorraine <LMasciarelli@schools.nyc.gov>
Cc: Lorraine Masciarelli (lmasciarelli08@gmail.com) <lmasciarelli08@gmail.com>

Hi Lorraine,

Thank you informing me, please be informed that religious accommodations are reviewed by the leaves unit when an application is submitted via SOLAS.

Regards,
**Dominic Armano,** *Principal*
Steinway Elementary School, P.S. 84, Q.
Phone: 718-278-1915
Email: darmano@schools.nyc.gov
Twitter: @Principal_84Q
Instagram: @DominicArmano
www.ps84q.org
#SteinwaySWAG | #Team84

Confidentiality Notice: This e-mail communication and any attachments may contain confidential and privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by replying to this message and deleting it from your computer. Thank you.

> On Aug 18, 2022, at 2:17 PM, Masciarelli Lorraine <LMasciarelli@schools.nyc.gov> wrote:
>
> Hello Dominic,
> As per SOLAS, I am requesting a religious exemption accommodation for the 2022/2023 school year.
> Thank you,
> Lorraine Masciarelli

## Religious Exemption Accommodation

Masciarelli Lorraine <LMasciarelli@schools.nyc.gov>
Sat 9/3/2022 11:31 AM

To: Armano Dominic <DArmano@schools.nyc.gov>

Hello Dominic,
Today is September 3, 2022 and I haven't received a decision about my religious exemption. Please advise.
Thank you,
Lorraine Masciarelli

MASCIARELLI000094

**From:** Lorraine Masciarelli lmasciarelli08@gmail.com
**Subject:** Lorraine Masciarelli
**Date:** June 21, 2023 at 11:34 PM
**To:** Armano Dominic darmano@schools.nyc.gov



Hello Dominic,
I would like to return to PS 84 for the 2023/2024 school year if you have any openings. I have no access to the open market. Please advise. My phone number is (631)235-4192.
Thank you,
Lorraine Masciarelli

**From:** LORRAINE MASCIARELLI lmasciarelli08@gmail.com
**Subject:** Re: Lorraine Masciarelli
**Date:** June 23, 2023 at 8:22 AM
**To:** Armano Dominic DArmano@schools.nyc.gov



Good morning Dominic,
Since I am currently not in the DOE system, I cannot access Open Market. I did access New Teacher Finder and submit everything through there. Please call me whenever you have availability.
Thank you,
Lorraine

Sent from my iPad

> On Jun 21, 2023, at 11:34 PM, Lorraine Masciarelli <lmasciarelli08@gmail.com> wrote:
>
> Hello Dominic,
> I would like to return to PS 84 for the 2023/2024 school year if you have any openings. I have no access to the open market. Please advise. My phone number is (631)235-4192.
> Thank you,
> Lorraine Masciarelli