

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Andrea M. Martin**
*Assistant Corporation Counsel*
Telephone: (212) 356-3549
E-mail: andmarti@law.nyc.gov
*Email not for service*

March 1, 2024

**VIA ECF**
Magistrate Judge Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>Masciarelli v. New York City Department of Education</u>
     22 Cv 7553 (CBA)(SJB)

Dear Magistrate Judge Bulsara:

 I am an Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendant in the above captioned proceeding. I write to respectfully request that the Court so-order the proposed Stipulation and Protective Order, signed by counsel for both parties and filed on March 1, 2024. <u>See</u> ECF Doc. No. 41.

 I appreciate the Court's attention and consideration of this request.

              Respectfully submitted,

                /s/
              Andrea M. Martin
              Assistant Corporation Counsel

cc: Austin Graff, Esq. (By ECF)