**EXHIBIT E**

| From: | Barry J. Peek |
|---|---|
| To: | Austin Graff |
| Subject: | Re: Masciarelli v. NYCDOE - Subpoena |
| Date: | Tuesday, June 4, 2024 7:31:48 AM |

Mr. Graff. We have searched our records and the only records we have are scheduling notices and possibly transmittal emails of the arbitration award which you are in possession of.

Sent from my iPhone

On May 29, 2024, at 4:16 PM, Austin Graff <AGraff@scherlawfirm.com> wrote:

Mr. Peek:

I am just following up on the response to subpoena in the above-referenced matter.

You requested until Friday, May 24 to respond, but to date (May 29), we have not received any response to the subpoena.

This email shall be considered the Plaintiff's good faith effort to obtain compliance with the Subpoena.

**PLEASE TAKE NOTICE OF OUR NEW ADDRESS**
Austin Graff, Esq.
The Scher Law Firm, LLP
600 Old Country Road, Suite 440
Garden City, New York 11530
T: (516) 746-5040

\* \* \* \* \* \* \* \* \*

**This e-mail and any attachments may contain confidential and privileged information for use by the designated recipient(s) named above. If you are not the intended recipient of this message from The Scher Law Firm, LLP, then you are hereby notified that any review, dissemination, distribution or copying of this message is unauthorized and may be illegal. If you have received this communication in error, please notify the sender identified above by email and/or The Scher Law Firm, LLP, by telephone, at (516) 746-5040. Please also delete this e-mail and destroy any copies of it. Thank you.**