| | | |
|---|---|---|
| John W. Barker<br>Gary W. Patterson, Jr.*<br>Jeffrey R. Nichols*<br>Mamie Stathatos-Fulgieri<br>Dylan Braverman<br>Kiki Chrisomallides*<br>Scott A. Singer<br>Gregg D. Weinstock*** ¤<br>Adam S. Covitt **<br>Megan A. Lawless‡<br>Ralph Vincent Morales<br><br>Kevin D. Porter<br>Susan Vari<br>Brian Andrews<br>Edward J. Arevalo<br>Robert Boccio<br>Dawn Bristol<br>Gilbert H. Choi<br>Joshua R. Cohen<br>Charles K. Faillace ± | Danielle M. Hansen<br>Anna Hock<br>Thomas Jaffa<br>Gemma Kenney ***<br>Douglas Langholz<br>Timothy P. Lewis ¤<br>Jennifer M. Lobaito *<br>Rosemary E. Martinson*<br>Neil Mascolo, Jr.<br>Adonaid Medina*<br>Michael Milchan<br>Joseph P. Muscarella<br>Miles S. Reiner<br>Bhalinder L. Rikhye<br>Michael J. Ryan ‡<br>Lori Shapiro<br>Matthew Shindell ‡<br>Tammy A. Trees<br>Nicole M. Varisco *<br>Arthur I. Yankowitz** | Allen Alex †<br>Zachary Benoit<br>Giovanna N. Bizzarro †<br>Theresa A. Bohm<br>Angela R. Bonica *<br>Kelly Bronner<br>Raymond Farrell *<br>Tyler M. Fiorillo<br>Jamie Gewurz<br>Erisa Gjini †<br>Andrew M. Hansen ●<br>Lauren P. Ingvoldstad†<br>Delaney Jones ●<br>Elen Krut ■<br>Alexandra Nieto<br>Kayla Nieves *<br>Daniel O'Connell * ■<br>Kara Ognibene * ■<br>Samantha Panny<br>Gunjan Persaud<br>Emily Phillips *<br>Alesha N. Powell * **<br>Veronika Tadros<br>Claudine Travers<br>Jesse Wang ‡<br>Tyler Weingarten ‡<br>Christopher Wood †<br>Samuel Youssof –<br>Alexandra Zerrillo * **<br>Spiridoula Zolotas † | *Of Counsel*<br>Brian DiPentima*<br>Tricia M. Criscito<br>Roseann V. Driscoll<br>Taryn M. Fitzgerald<br>Joseph D. Furlong<br>Rani B. Kulkarni<br>Nicole E. Martone<br>Christian McCarthy<br>Seema Palmerson<br>Bonnie LS. Parente<br>Carolyn Rankin<br>Nicole C. Salerno *<br>Valerie L. Siragusa<br>Gonzalo Suarez<br>Deirdre Tobin<br>Karolina Wiaderna<br><br>\* Also Admitted to Practice in NJ<br>\*\* Also Admitted to Practice in CT<br>\*\*\* Also Admitted to Practice in NJ, CT, DC<br>– Admitted to Practice in NJ<br>● Admitted to Practice in PA<br>■ Also Admitted to Practice in FL<br>‡ Also Admitted to Practice in NJ and PA<br>± Also Admitted to Practice in MA<br>¤ Admitted in FL<br>∆ Also Admitted to Practice in Ohio<br>† Admission Pending |



July 22, 2024

Hon. Sanket J. Bulsara, U.S.M.J.
United States District Court Eastern District
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  Masciarelli v. NYC Department of Education
        Docket No.: 22-cv-7553

Dear Judge Bulsara:

  This office was just retained to represent the non-party, Arbitrator Martin F. Scheinman of Scheinman Arbitration Mediation Services in connection with the Subpoena Duces Tecum and Subpoena Ad Testificandum.

  I was advised that the Plaintiff filed a Motion for Contempt and Motion to Compel on June 27, 2024. There was no briefing schedule for the motions. I spoke to Mr. Austin Graff, Counsel for Plaintiff, this morning and Mr. Graff has consented to an adjournment of my opposition to August 2, 2024. Additionally, we have agreed to confer in good faith, after I have an opportunity to review the file, in the effort to resolve this issue without the necessity of the Court's intervention.

  Thank you for your attention to this matter. Should you have any questions, please do not hesitate to contact the undersigned.

                  Very truly yours,

                   *Karolina Wiaderna*
                   Karolina Wiaderna

cc:  Via Pacer
    The Scher Law Firm
    Plaintiff's Attorney

**300 Garden City Plaza • Suite 100 • Garden City, New York 11530 • Phone: (516) 282-3355 • Fax: (516) 908-4960**

*Office Locations in*   WESTCHESTER   MANHATTAN   NEW JERSEY   CONNECTICUT   FLORIDA   PENNSYLVANIA

NYC Department of Law and
Keane & Beane, P.C.
Attorneys for NYC Dept of Education