UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

LORRAINE MASCIARELLI,

Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendants.

---------------------------------------------------------------- x

**DECLARATION OF ANDREA M. MARTIN IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

22-CV-7553 (CBA)(VMS)

**ANDREA M. MARTIN** declares, pursuant to 28 U.S.C. § 1746 and under the penalty of perjury, that the following is true and correct:

1. I am an Assistant Corporation Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, attorney for Defendants, New York City Department of Education.

2. I respectfully submit this declaration in support of Defendant's Motion Summary Judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure.

3. Attached hereto as Exhibit "A" is a true and correct copy of Lorraine Masciarelli's deposition transcript dated May 21, 2024.

4. Attached hereto as Exhibit "B" is a true and correct copy of the DOE Position Statement in relation to Plaintiff Lorraine Masciarelli.

5. Attached hereto as Exhibit "C" is a true and correct copy of the Department of Health and Mental Hygiene ("DOHMH") Order dated September 15, 2021.

6. Attached hereto as Exhibit "D" is a true and correct copy of the Scheinman Arbitration and Mediation Services ("SAMS") Award dated September 10, 2021.

7. Attached hereto as Exhibit “E” is a true and correct copy of the Katherine Rodi’s deposition transcript dated March 25, 2025.

8. Attached hereto as Exhibit “F” is a true and correct copy of the SOLAS confirmation e-mail of Plaintiff’s first exemption request dated September 19, 2021.

9. Attached hereto as Exhibit “G” is a true and correct copy of Plaintiff’s letter accompanying her first exemption request dated September 10, 2021.

10. Attached hereto as Exhibit “H” is a true and correct copy of Reverend Michelle Farrugia’s letter dated September 16, 2021.

11. Attached hereto as Exhibit “I” is a true and correct copy of the e-mail denying Plaintiff’s first exemption request dated September 21, 2021.

12. Attached hereto as Exhibit “J” is a true and correct copy of the e-mail confirming submission of Plaintiff’s second exemption request dated September 22, 2021.

13. Attached hereto as Exhibit “K” is a true and correct copy of the SAMS appeal decision dated October 4, 2021.

14. Attached hereto as Exhibit “L” is a true and correct copy of the e-mail to Plaintiff confirming the SAMS denial and outlining LWOP details dated October 6, 2021.

15. Attached hereto as Exhibit “M” is a true and correct copy of the e-mail to Plaintiff confirming receipt of her appeal to the Citywide Panel dated December 3, 2021.

16. Attached hereto as Exhibit “N” is a true and correct copy of the letter from Giulia Miller, Esq. dated December 1, 2021.

17. Attached hereto as Exhibit “O” is a true and correct copy of the e-mail to Plaintiff notifying her of her appeal determination from the Citywide Panel dated February 15, 2022.

18. Attached hereto as Exhibit "P" is a true and correct copy of Eric Eichenholtz's deposition transcript dated April 4, 2025.

19. Attached hereto as Exhibit "Q" is a true and correct copy of the Waiver and Release signed by Plaintiff dated February 21, 2022.

20. Attached hereto as Exhibit "R" is a true and correct copy of the Short form Order by Honorable Karina E. Alomar, dated May 30, 2023, in the matter: *Lorraine Masciarelli v. New York City Department of Education*, New York Supreme Court, Queens County, Index No. 726150/2022.

**WHEREFORE,** Defendant respectfully requests the Court grant Defendant's Motion for Summary Judgment, award Defendant the costs it incurred in this action, and for any such other and further relief as the Court may deem just and proper.

Dated: New York, New York
June 24, 2026

**STEVEN BANKS**
Corporation Counsel of the
City of New York
*Attorney for Defendant*
100 Church Street, 2-111
New York, New York 10007
(212) 356-3529
andmarti@law.nyc.gov

By: /s/ Andrea M. Martin
Andrea M. Martin
Assistant Corporation Counsel