THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**Andrea M. Martin**
*Assistant Corporation Counsel*
Phone: (212) 356-3549
andmarti@law.nyc.gov

July 27, 2026

**Via ECF and Courier Mail**
Hon. Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Masciarelli v. New York City Department of Education
22-cv-7553 (CBA)(VMS)

Dear Judge Amon:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, attorney for Defendant in the above-referenced matter. I write, in accordance with Your Honor's Individual Rules 3.D.

Enclosed please find Defendant's courtesy copy of its Motion for Summary Judgment, Exhibits A through R, Plaintiff's Opposition, and Defendant's Reply. Defendant will be providing two (2) binders to the Court via courier mail delivery.

The first binder contains copies of the fully briefed and e-filed Motion for Summary Judgment documents, specifically:

**Document 110** Defendant's Notice of Motion for Summary Judgment

**Document 111** Defendant's Memorandum of Law in Support of its Motion for Summary Judgment

**Document 112** Defendant's Rule 56.1 Statement

**Document 113** Defendant's Declaration in Further Support of its Motion for Summary Judgment

**Document 114** Plaintiff's Opposition to Defendant's Motion for Summary Judgment

**Document 115** Defendant's Reply in Further Support of its Motion for Summary Judgment

The second binder contains copies of the Defendant's exhibits in support of its Motion for Summary Judgment, and Plaintiff's exhibits in Opposition, specifically:

**Defendant's Exhibits**:

**Document 113-1** Exhibit A, Plaintiff's Deposition Transcript

**Document 113-2** Exhibit B, DOE Position Statement

**Document 113-3** Exhibit C, DOHMH Order

**Document 113-4** Exhibit D, Arbitration Award Decision

**Document 113-5** Exhibit E, Katherine Rodi Deposition Transcript

**Document 113-6** Exhibit F-SOLAS Confirmation of First Exemption Request

**Document 113-7** Exhibit G, Plaintiff Letter dated September 10, 2021

**Document 113-8** Exhibit H, Letter from Reverend dated September 16, 2021

**Document 113-9** Exhibit I, First Denial E-mail dated September 21, 2021

**Document 113-10** Exhibit J, Second Exemption Request dated September 22, 2021

**Document 113-11** Exhibit K, SAMS Appeal Decision dated September 4, 2021

**Document 113-12** Exhibit L, E-mail to Plaintiff SAMS Denial dated October 6, 2021

**Document 113-13** Exhibit M, E-mail receipt of Appeal dated December 3, 2021

**Document 113-14** Exhibit N, Letter from Giulia Miller dated December 1, 2021

**Document 113-15** Exhibit O, Email of Appeal Determination dated February 15, 2022

**Document 113-16** Exhibit P, Eric Eichenholtz Deposition Transcript

**Document 113-17** Exhibit Q, Waiver and Release dated February 21, 2022

**Document 113-18** Exhibit R, Plaintiff Article 78 Decision

**Plaintiff's Exhibits:**

**Document 114-1** Exhibit 1, Plaintiff's Affidavit

**Document 114-2** Exhibit 2, Katherine Rodi Deposition Transcript

**Document 114-3** Exhibit 3, Declaration of Impasse

**Document 114-4** Exhibit 4, Second Amended Complaint

| | |
|---|---|
| **Document 114-5** | Exhibit 5, TRO |
| **Document 114-6** | Exhibit 6, Klinger Declaration |
| **Document 114-7** | Exhibit 7, Vaccine Mandate |
| **Document 114-8** | Exhibit 8, Interrogatory Responses |
| **Document 114-9** | Exhibit 9, Email Exchange |
| **Document 114-10** | Exhibit 10, September 21, 2021 Letter to Scheinman |
| **Document 114-11** | Exhibit 11, NYSDOH School Guidance |
| **Document 114-12** | Exhibit 12, NYSDOH Testing Requirement |
| **Document 114-13** | Exhibit 13, EEOC Filing |
| **Document 114-14** | Exhibit 14, Plaintiff Right to Sue |
| **Document 114-15** | Exhibit 15, Release |
| **Document 114-16** | Exhibit 16, Pltf Email to Norton |
| **Document 114-17** | Exhibit 17, Plaintiff Email to Principal |
| **Document 114-18** | Exhibit 18, Plaintiff Affidavit |
| **Document 114-19** | Exhibit 19, Request for Religious Accommodation |
| **Document 114-20** | Exhibit 20, Appeal to Appeals Panel |
| **Document 114-21** | Exhibit 21, Appeal to Appeals Panel |

Respectfully submitted,

*/s/*

Andrea M. Martin
Assistant Corporation Counsel

cc: All Counsel of Record (via ECF)